1:08 PM
07/24/23
Accrual Basis

# Breakwater Holding, LLC
## Balance Sheet Detail
### As of December 31, 2022

| Type | Date | Num | Memo | Debit | Credit | Balance |
|---|---|---|---|---:|---:|---:|
| **ASSETS** | | | | | | 27,989,059.28 |
| **Current Assets** | | | | | | 3,523,894.00 |
| **Checking/Savings** | | | | | | 1,143,007.71 |
| **1185-40 · CSB #571086 - Cash** | | | | | | 1,143,007.71 |
| General Journal | 12/31/2022 | DFA 2... | 2022 BANK F... | | 790.00 | 1,142,217.71 |
| General Journal | 12/31/2022 | DFA 2... | 2022 TRUST ... | | 10,590.00 | 1,131,627.71 |
| General Journal | 12/31/2022 | DFA 2... | 2022 PARK C... | 2,045,602.59 | | 3,177,230.30 |
| General Journal | 12/31/2022 | DFA 2... | 2022 BWH DI... | | 3,100,000.00 | 77,230.30 |
| Total 1185-40 · CSB #571086 - Cash | | | | 2,045,602.59 | 3,111,380.00 | 77,230.30 |
| Total Checking/Savings | | | | 2,045,602.59 | 3,111,380.00 | 77,230.30 |
| **Other Current Assets** | | | | | | 2,380,886.29 |
| **1295-00 · DISTR REC - ECA** | | | | | | 2,196,560.76 |
| Total 1295-00 · DISTR REC - ECA | | | | | | 2,196,560.76 |
| **1295-10 · OTHER - ECA** | | | | | | 179,600.45 |
| General Journal | 12/31/2022 | DFA 2... | LAST YEARS... | | 179,600.45 | 0.00 |
| Total 1295-10 · OTHER - ECA | | | | 0.00 | 179,600.45 | 0.00 |
| **1275-20 · Contr Rec - Park Cities SF Fund** | | | | | | 1,050.08 |
| General Journal | 12/31/2022 | DFA 2... | 2022 FINAL K... | | 1,050.08 | 0.00 |
| Total 1275-20 · Contr Rec - Park Cities SF Fund | | | | 0.00 | 1,050.08 | 0.00 |
| **1291-20 · Advance to Affiliate-ECA, LLC** | | | | | | 3,675.00 |
| Total 1291-20 · Advance to Affiliate-ECA, LLC | | | | | | 3,675.00 |
| Total Other Current Assets | | | | 0.00 | 180,650.53 | 2,200,235.76 |
| Total Current Assets | | | | 2,045,602.59 | 3,292,030.53 | 2,277,466.06 |
| **Other Assets** | | | | | | 24,465,165.28 |
| **13-14 · Investment** | | | | | | 24,465,165.28 |
| **1415 · ECA LLC** | | | | | | 22,260,696.28 |
| **1415-41 · ECA - Distributions** | | | | | | -25,032,920.04 |
| Total 1415-41 · ECA - Distributions | | | | | | -25,032,920.04 |
| **1415-40 · ECA - Contributions** | | | | | | 67,596,784.86 |
| Total 1415-40 · ECA - Contributions | | | | | | 67,596,784.86 |
| **1415-42 · ECA - Tax Basis** | | | | | | -20,303,168.54 |
| General Journal | 12/31/2022 | DFA 2... | 2022 K-1 LOSS | | 2,669,600.00 | -22,972,768.54 |
| Total 1415-42 · ECA - Tax Basis | | | | 0.00 | 2,669,600.00 | -22,972,768.54 |
| Total 1415 · ECA LLC | | | | 0.00 | 2,669,600.00 | 19,591,096.28 |

1:08 PM
07/24/23
Accrual Basis

# Breakwater Holding, LLC
## Balance Sheet Detail
### As of December 31, 2022

| Type | Date | Num | Memo | Debit | Credit | Balance |
|---|---|---|---|---:|---:|---:|
| **1808-10 · OpenCo (Canbras Global)** | | | | | | 100,000.00 |
| Total 1808-10 · OpenCo (Canbras Global) | | | | | | 100,000.00 |
| **1550 · Park Cities Sp Finance Fund, LP** | | | | | | 2,104,469.00 |
| **1550-40 · PCSFF - Contributions** | | | | | | 2,000,000.00 |
| General Journal | 12/31/2022 | DFA 2… | ZERO OUT | | 2,000,000.00 | 0.00 |
| Total 1550-40 · PCSFF - Contributions | | | | 0.00 | 2,000,000.00 | 0.00 |
| **1550-42 · PCSFF - Tax Basis** | | | | | | 870,433.00 |
| General Journal | 12/31/2022 | DFA 2… | ZERO OUT | | 870,433.00 | 0.00 |
| Total 1550-42 · PCSFF - Tax Basis | | | | 0.00 | 870,433.00 | 0.00 |
| **1550-41 · PCSFF - Distributions** | | | | | | -765,964.00 |
| General Journal | 12/31/2022 | DFA 2… | 2022 PARK C… | | 16,951.30 | -782,915.30 |
| General Journal | 12/31/2022 | DFA 2… | 2022 PARK C… | | 21,123.19 | -804,038.49 |
| General Journal | 12/31/2022 | DFA 2… | 2022 PARK C… | | 2,007,528.10 | -2,811,566.59 |
| General Journal | 12/31/2022 | DFA 2… | 2022 FINAL K… | | 58,761.00 | -2,870,327.59 |
| General Journal | 12/31/2022 | DFA 2… | 2022 FINAL K… | | 105.41 | -2,870,433.00 |
| General Journal | 12/31/2022 | DFA 2… | ZERO OUT | 2,870,433.00 | | 0.00 |
| Total 1550-41 · PCSFF - Distributions | | | | 2,870,433.00 | 2,104,469.00 | 0.00 |
| Total 1550 · Park Cities Sp Finance Fund, LP | | | | 2,870,433.00 | 4,974,902.00 | 0.00 |
| Total 13-14 · Investment | | | | 2,870,433.00 | 7,644,502.00 | 19,691,096.28 |
| Total Other Assets | | | | 2,870,433.00 | 7,644,502.00 | 19,691,096.28 |
| **TOTAL ASSETS** | | | | **4,916,035.59** | **10,936,532.53** | **21,968,562.34** |
| **LIABILITIES & EQUITY** | | | | | | 27,989,059.28 |
| **Liabilities** | | | | | | 608,748.23 |
| **Current Liabilities** | | | | | | 502,682.87 |
| **Accounts Payable** | | | | | | 1,967.50 |
| 2030-20 · *Accounts Payable | | | | | | 1,967.50 |
| Total 2030-20 · *Accounts Payable | | | | | | 1,967.50 |
| Total Accounts Payable | | | | | | 1,967.50 |
| **Other Current Liabilities** | | | | | | 500,715.37 |
| 2673-20 · Due to MM | | | | | | 495,110.23 |
| Total 2673-20 · Due to MM | | | | | | 495,110.23 |
| 2672-21 · Adv from Liont | | | | | | 1,173.00 |
| Total 2672-21 · Adv from Liont | | | | | | 1,173.00 |

1:08 PM
07/24/23
Accrual Basis

# Breakwater Holding, LLC
## Balance Sheet Detail
### As of December 31, 2022

| Type | Date | Num | Memo | Debit | Credit | Balance |
|---|---|---|---|---:|---:|---:|
| **2673-80 · Due to Obsidian** | | | | | | 4,432.14 |
| Total 2673-80 · Due to Obsidian | | | | | | 4,432.14 |
| Total Other Current Liabilities | | | | | | 500,715.37 |
| Total Current Liabilities | | | | | | 502,682.87 |
| **Long Term Liabilities** | | | | | | 106,065.36 |
| **26-27 · Residual Liab - SP LLC** | | | | | | 106,065.36 |
| **2730-39 · SP - Acc Int Pay BVI (KH) [AZ]** | | | | | | 105,510.36 |
| General Journal | 12/31/2022 | DFA 2... | PPA | 105,510.36 | | 0.00 |
| Total 2730-39 · SP - Acc Int Pay BVI (KH) [AZ] | | | | 105,510.36 | 0.00 | 0.00 |
| **2672-20 · SP - Adv from Liont** | | | | | | 555.00 |
| General Journal | 12/31/2022 | DFA 2... | PPA | 555.00 | | 0.00 |
| Total 2672-20 · SP - Adv from Liont | | | | 555.00 | 0.00 | 0.00 |
| Total 26-27 · Residual Liab - SP LLC | | | | 106,065.36 | 0.00 | 0.00 |
| Total Long Term Liabilities | | | | 106,065.36 | 0.00 | 0.00 |
| Total Liabilities | | | | 106,065.36 | 0.00 | 502,682.87 |
| **Equity** | | | | | | 27,380,311.05 |
| **3100 · BTIT** | | | | | | 27,380,311.05 |
| **3100-80 · BTIT - Unrealized** | | | | | | 0.00 |
| General Journal | 12/31/2022 | DFA 2... | PPA | 73,535.09 | | -73,535.09 |
| Total 3100-80 · BTIT - Unrealized | | | | 73,535.09 | 0.00 | -73,535.09 |
| **3100-60 · BTIT - Tax Basis** | | | | | | -20,365,524.48 |
| General Journal | 12/31/2022 | DFA 2... | 2022 FINAL K... | 59,916.49 | | -20,425,440.97 |
| General Journal | 12/31/2022 | DFA 2... | 2022 CLOSING | 2,680,980.00 | | -23,106,420.97 |
| Total 3100-60 · BTIT - Tax Basis | | | | 2,740,896.49 | 0.00 | -23,106,420.97 |
| **3100-40 · BTIT - Distributions** | | | | | | -38,753,574.61 |
| General Journal | 12/31/2022 | DFA 2... | 2022 BWH DI... | 3,100,000.00 | | -41,853,574.61 |
| Total 3100-40 · BTIT - Distributions | | | | 3,100,000.00 | 0.00 | -41,853,574.61 |
| **3100-20 · BTIT - Contributions** | | | | | | 86,499,410.14 |
| Total 3100-20 · BTIT - Contributions | | | | | | 86,499,410.14 |
| Total 3100 · BTIT | | | | 5,914,431.58 | 0.00 | 21,465,879.47 |
| **3999-99 · Retained Earnings** | | | | | | 0.00 |
| General Journal | 12/31/2022 | DFA 2... | 2022 CLOSING | | 2,680,980.00 | 2,680,980.00 |
| Total 3999-99 · Retained Earnings | | | | 0.00 | 2,680,980.00 | 2,680,980.00 |

**1:08 PM**
**07/24/23**
Accrual Basis

# Breakwater Holding, LLC
## Balance Sheet Detail
### As of December 31, 2022

| Type | Date | Num | Memo | Debit | Credit | Balance |
|---|---|---|---|---:|---:|---:|
| **Net Income** | | | | | | 0.00 |
| Total Net Income | | | | 2,680,980.00 | 0.00 | -2,680,980.00 |
| | | | | | | |
| Total Equity | | | | 8,595,411.58 | 2,680,980.00 | 21,465,879.47 |
| | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | | | | **8,701,476.94** | **2,680,980.00** | **21,968,562.34** |